CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BALDEMAR RUBIO VERA,

Plaintiff,

v.

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security, et al.*,

Defendants.

Case No. 3:26-cv-07155-TSH

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 15, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and for Withholding of Removal. Dkt. No. 1. United States Citizenship and Immigration Services ("USCIS") has scheduled an interview of Plaintiff for September 23, 2026. USCIS will need additional time to conduct post-interview review.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 15, 2027, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 17, 2026

/s/ *Katarina Rost*
KATARINA ROST
Attorney at Law
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until January 15, 2027.

Date: September 18, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.